UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:        )
                         )
211 WAUKEGAN LLC,        )   CASE NO. 11 B 13104
                         )
        Debtor           )

## SCHEDULING ORDER FOLLOWING HEARING ON MOTION OF ITASCA BANK TO MODIFY STAY

Following close of evidence, final argument will be filed in writing on the following schedule:

1. Itasca Final Proposed Findings of Fact and Conclusions of Law by May 17, 2011, at 5:00 p.m.

2. Debtor's Final Proposed Findings of Fact and Conclusions of Law by May 20, 2011, at 5:00 p.m.

3. Any Rebuttal by Itasca by May 24, 2011 at 4:00 p.m.

Set for status of such filings **May 24, 2011 at 4:00 p.m.** in courtroom 682.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 13th day of May, 2011.