# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>211 WAUKEGAN LLC<br><br>Debtor. | )<br>) Bankruptcy No. 11 B 13104<br>) Filed under Chapter 11 of Title 11, U.S.C.<br>)<br>) |

## SCHEDULING ORDER ON MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSES BY BEA KABBANI

It is hereby ORDERED that parties will provide final argument by submitting Proposed Findings of Fact and Conclusions of Law pursuant to the following schedule:

1. Movant by July 12, 2012;

2. Respondent by August 6, 2012;

3. Rebuttal by August 16, 2012.

Set for status of briefing on August 20, 2012 at 10:30 a.m. in Courtroom 682.

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 21 day of June, 2012.