**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| 211 Waukegan, LLC, ) | |
| ) | Case No. 11-13104 |
| ) | Hon. Jack B. Schmetterer |
| ) | |
| ) | Hearing Date: April 26, 2013 |
| ) | Hearing Time: 10:30 AM |

**NOTICE OF MOTION**

TO:    See Attached Service List

     PLEASE TAKE NOTICE that on April 26, 2013 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer, Bankruptcy Judge, in Courtroom 682 in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any judge who may be sitting in his place or stead, and shall then and there present the DEBTOR'S MOTION FOR FINAL DECREE PURSUANT TO FED. R. BANKR. P. 3022 NUNC PRO TUNC. at which time and place you may appear as you see fit.

                                            **Robbins, Salomon & Patt, Ltd.**

                                            By:    /s/Richard H. Fimoff
                                                         Richard H. Fimoff

RICHARD H. FIMOFF  (#804886)
Robbins, Salomon & Patt, Ltd.
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 782-9000
rfimoff@rsplaw.com

I80400

**CERTIFICATE OF SERVICE**

   Richard H. Fimoff certifies that he caused to be served a true copy of the above and foregoing notice and attached motion upon:

Jennifer L. Barton jbarton@rsplaw.com
Jennifer L. Barton jbarton265@gmail.com
William D. Dallas wdd@rfd-law.com
William J Factor wfactor@wfactorlaw.com, wfactorlaw@gmail.com;nb@wfactorlaw.com
Richard H Fimoff rfimoff@rsplaw.com, fb@rsplaw.com
David Paul Holtkamp dholtkamp@wfactorlaw.com, nb@wfactorlaw.com
Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
Sara E Lorber slorber@wfactorlaw.com, nb@wfactorlaw.com
Steven S. Potts otispott@comcast.net
Derek D Samz dereksamz@gmail.com, nromando@dimontelaw.com
Kurt E Vragel kurt@kevtrucks.com

via electronically filing the foregoing with the Clerk of the Court using the CM/ECF system on April 18, 2013.

                       /s/Richard H. Fimoff

I80400

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | )    **Chapter 11** |
| **211 Waukegan, LLC,** | ) |
| | )    **Case No. 11-41755** |
| | )    **Hon. Jack B. Schmetterer** |
| | ) |
| | ) |

**DEBTOR'S MOTION FOR FINAL DECREE
PURSUANT TO FED. R. BANKR. P. 3022**

Now comes 211 Waukegan, LLC, the reorganized debtor herein and respectfully represents and requests that this Court enter a final decree herein nunc pro tunc , and in support thereof, states as follows:

1. On March 20, 2011, 211 Waukegan, LLC, commenced this case by filing its voluntary petition. [docket no. 1]

2. That November 15, 2011 this Court signed an order confirming the Fifth Amended Plan of Reorganization propounded by the debtor [docket no. 185], which order has now become final.

3. That substantial consummation of the plan as contemplated in 11 U.S.C. §§1127(b) and 1101(2) has occurred, and all pending matters in this case were concluded on September 18, 2012.

4. That the following factors have occurred:

    a. ownership of the reorganized debtor as proposed by the plan to be transferred has been transferred;

    b. the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan as provided under the plan;

    c. payments to be made under the plan have been made; and,

I63329

    d.    all motions, contested matters, and adversary proceedings have been resolved.

5. That Reorganized Debtor submits that that the Joint Plan has been substantially consummated and all factors necessary for the entry of a final decree as contemplated in Fed. R. Bankr. P. 3002 occurred on September 18, 2012.

6. Through oversight by the Reorganized Debtor no request for a final decree was timely filed, although no further activities occurred in these proceedings.

7. The Reorganized Debtor is prepared to pay all outstanding fees to the U. S. Trustee.

8. Attached hereto as Exhibit 1 is a proposed final order.

WHEREFORE, 211 Waukegan, LLC, reorganized debtor herein respectfully requests that this Court enter:

1. a final decree herein in the form of decree attached as Exhibit 1;
   a. nunc pro tunc to September 19, 2012; and,
   b. directing that upon payment of all outstanding fees to the U. S. Trustee this estate be closed; and,

          Respectfully submitted,

          **211 Waukegan, LLC**

          **BY: /s/ Richard H. Fimoff**
          One of its attorneys

Richard H. Fimoff (Atty No. 804886)
Robbins, Salomon,& Patt, Ltd.
180 North LaSalle Street, Suite 3300
Chicago, Illinois  60601
(312) 782-9000
Attorney for Debtors/Reorganized Debtor

I63329