## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| 211 Waukegan, LLC, ) | |
| ) | Case No. 11-13104 |
| ) | Hon. Jack B. Schmetterer |
| ) | |
| ) | |

## FINAL DECREE
## PURSUANT TO FED. R. BANKR. P. 3022 NUNC PRO TUNC

This cause coming on to be heard on the motion of 211 Waukegan, LLC, the reorganized debtor herein for the entry of a final decree herein nunc pro tunc, due notice having been given, the court having considered the Motion, the record and having heard statements of counsel in support of said motion, and otherwise being duly informed in the premises:

THE COURT FINDS:

    A. The estate of the above-named debtor has been fully administered.

    B. All monies required to be paid under the plan has been paid.

    C. Reorganized Debtor has paid to the U. S. Trustee all outstanding fees .

IT IS THEREFORE ORDERED THAT:


1. _____Not Applicable_____
               (Name of Trustee)
is hereby discharged as trustee of the estate of the above named debtor and the bond is canceled.

I78182

2. The confirmed Fifth Amended Plan of Reorganization having been substantially consummated, this Chapter 11 case of the above-named debtor is closed, nunc pro tunc September 18, 2013.

Dated: _____        ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE

Order prepared by:
Richard H. Fimoff (# 804886)
Robbins, Salomon,& Patt, Ltd.
180 North LaSalle Street, Suite 3300
Chicago, Illinois  60601
(312) 782-9000

I78182