## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| 211 WAUKEGAN, LLC, | ) | |
| Debtor. | ) | No. 11 B 13104 |

### FINAL DECREE PURSUANT TO FED. R. BANKR. P. 3022

This cause coming on to be heard on the motion of 211 Waukegan, LLC, the reorganized Debtor herein for the entry of a final decree, due notice having been given, the Court having considered the Motion, the record and having heard statements of counsel in support of said Motion, an otherwise being duly informed in the premises.

THE COURT FINDS:

A.　The estate of the above-named Debtor has been substantially administered.

B.　Reorganized Debtor will pay to the U.S. Trustee all outstanding fees.

IT IS THEREFORE ORDERED THAT the confirmed Fifth Amended Plan of Reorganization having been substantially administered this Chapter 11 case of the above-named Debtor is closed.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 17th day of May 2013.